## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 16 B 22927 |
| | ) | |
| KATINA DOMINIQUE REYNOLDS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ON THE APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED**

After considering the Debtor's Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B), **IT IS HEREBY ORDERED THAT**:

1. The Application is denied.

2. In light of the Debtor's failure to disclose that this is her third bankruptcy case within the past year, and because the Debtor paid only $77.50 toward the filing fee for her first case (16 B 1726) and nothing toward the filing fee for her second case (16 B 14768), Debtor must pay the filing fee for this case according to the following terms:

   | You must pay . . . | On or before this date . . . |
   |---|---|
   | $ 167.50 | August 19, 2016 |
   | $ 167.50 | September 2, 2016 |

   **TOTAL: $335.00**

3. The Debtor must pay the entire filing fee before making any (more) payments or transferring any (more) property to an attorney, bankruptcy petition preparer, or anyone else in connection with this bankruptcy case. If the Debtor does not make one or both payments when due, this bankruptcy case may be dismissed and the Debtor's rights in

future bankruptcy cases may be affected.

ENTERED:

Date: AUG - 4 2016

PAMELA S. HOLLIS
United States Bankruptcy Judge